UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

    RICHARD RINKE                               Chapter 7
                                                                      Case No. 07-51822-WS
                         Debtor.                           Honorable Walter Shapero

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

      The attached check represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Saleen Incorporation<br>c/o Charles D. Bullock<br>26100 American Drive, Ste. 500<br>Southfield, MI 48034 | 4 | $470.80 |

Dated: February 12, 2010                            /s/ Charles L. Wells, III
                                                                        Chapter 7 Trustee
                                                                          903 N. Opdyke, Ste. A1
                                                                          Auburn Hills, MI 48326
                                                                          248-276-0285
                                                                          7trusteewells@sbcglobal.net